458 A.2d 264

Commonwealth v. James, Appellant.

Commonwealth v. Palmer, Appellant.

Petitions for Allowance of Appeal
Denied June 13 and 24, 1983.

Ar-gued February 17, 1982. Lindon DiCicco, Assistant Public Defender, for appellant; Ronald Thomas Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.